# EXHIBIT C

## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## W BBQ HOLDINGS, INC.

Dated as of April 24th, 2019

The undersigned, constituting the members of the Board of Directors (the "Board") of W BBQ Holdings, Inc. (the "Company") hereby consent to and take the following actions

**WHEREAS**, the Company has previously established the W BBQ Holdings, Inc. Employee Stock Ownership Plan (the "Plan"); and

**WHEREAS**, the Company is permitted to amend the Plan; and

**WHEREAS**, the Board has determined to amend the Plan to provide for a mandatory binding arbitration procedure to resolve any claims

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Plan shall be amended to provide for a mandatory arbitration procedure to resolve any claims, effective as of January 1, 2019; and it is further

**RESOLVED**, that the execution by the Authorized Officers of the Company of any document authorized by the foregoing resolutions, or any documents executed in the accomplishment of any actions or actions so authorized, is the enforceable and binding act and obligation of the Company, without the necessity of the signature or attestation of any other officer of the Company or the affixing of the corporate seal;

**RESOLVED**, that these resolutions hereby ratify, confirm, adopt and approve any and all acts and things that any officer or agent of the Company has done or may do in furtherance of the resolutions herein authorized;

**RESOLVED**, that this Action by Unanimous Written Consent may be signed in counterparts, each of which (including facsimile or "PDF" copies) shall be an original, with the same effect as if the signatures thereto and hereto were the same instrument and that such counterparts (including any facsimile or "PDF" copies) shall together constitute but one and the same instrument;

{01001881.DOC;1 }

ARGENT_LLOYD_0000068

RESOLVED, that a fully executed copy of this Action by Unanimous Written Consent shall be delivered to the Secretary of the Company for inclusion in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Unanimous Written Consent of Board of Directors in lieu of special meeting on the date first above written.

DIRECTORS:

*/s/ Herbert Wetanson*
Herbert Wetanson

_____
Gregor Wetanson

_____
Stuart Wetanson

_____
Joseph Shpigel

_____
Corey Singman

**RESOLVED**, that a fully executed copy of this Action by Unanimous Written Consent shall be delivered to the Secretary of the Company for inclusion in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF,** the undersigned have executed this Action by Unanimous Written Consent of Board of Directors in lieu of special meeting on the date first above written.

**DIRECTORS:**

_____
**Herbert Wetanson**
*/s/ Herbert Wetanson*

_____
**Gregor Wetanson**

_____
**Stuart Wetanson**

_____
**Joseph Shpigel**

_____
**Corey Singman**

{01001881.DOC;1 }

2

ARGENT_LLOYD_0000070

**RESOLVED**, that a fully executed copy of this Action by Unanimous Written Consent shall be delivered to the Secretary of the Company for inclusion in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Unanimous Written Consent of Board of Directors in lieu of special meeting on the date first above written.

**DIRECTORS:**

_____
**Herbert Wetanson**

_____
**Gregor Wetanson**

_____
**Stuart Wetanson**

_____
**Joseph Shpigel**

_____
**Corey Singman**

{01001881.DOC;1}

2

ARGENT_LLOYD_0000071

RESOLVED, that a fully executed copy of this Action by Unanimous Written Consent shall be delivered to the Secretary of the Company for inclusion in the minutes of the proceedings of the Board of Directors.

IN WITNESS WHEREOF, the undersigned have executed this Action by Unanimous Written Consent of Board of Directors in lieu of special meeting on the date first above written.

DIRECTORS:

_____
Herbert Wetanson

_____
Gregor Wetanson

_____
Stuart Wetanson

_____
Joseph Shpigel

_____
Corey Singman   *[signature]*

{01001881.DOC;1}

2

ARGENT_LLOYD_0000072