```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAAL LLOYD,                            :
                                         :
                          Plaintiff,     :   22cv4129 (DLC)
              -v-                        :
                                         :   ORDER
ARGENT TRUST CO., HERBERT WETANSON,      :
GREGOR WETANSON, STUART WETANSON,        :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 1, the defendants moved to compel arbitration and stay the case or, in the alternative, dismiss the case for lack of subject matter jurisdiction. On August 4, 2022, the Honorable Vernon S. Broderick issued an Order requiring the plaintiff to submit any response to the motion by September 1. The case was reassigned to this Court on August 17. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **September 1, 2022**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **September 1, 2022**. The defendants' reply, if any, shall be filed by **September 15, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 17 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge