# COHENMILSTEIN

Kai Richter
(202) 408-3609
krichter@cohenmilstein.com

August 26, 2022

**Via ECF**
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

> *The August 17 order is revised as requested. There shall be no extension of the Oct. 3 date. The August 1 motion is denied as moot. /s/ Denise Cote 8/26/22*

Re: *Lloyd v. Argent Trust Company et al.*, Case No. 1:22-cv-04129

Dear Judge Cote:

Pursuant to the Court's Order (ECF No. 46), Plaintiff intends to file an amended complaint in the above matter by September 1, 2022. The parties agree that the filing of the amended complaint will moot the pending Motion to Compel Arbitration, or in the Alternative to Dismiss the Complaint (ECF 39). The parties have agreed to and jointly propose the following briefing schedule:

- October 3, 2022: Defendants' deadline to answer or otherwise respond to the amended complaint;

- November 2, 2022: Plaintiffs' deadline to file a brief in opposition, in the event Defendant files a motion to compel arbitration and/or dismiss;

- November 16, 2022: Defendants' deadline to file a reply brief.

A scheduling order has not yet been entered in this case, so this briefing schedule will not affect any other case deadlines. Accordingly, the parties respectfully request that the Court approve the foregoing proposed briefing schedule.

/s/ Kai Richter
Kai Richter
Attorney for Plaintiff

cc: All counsel of record (via ECF)