# GROOM LAW GROUP

Lars C. Golumbic
(202) 861-6615
lgolumbic@groom.com

November 16, 2022

**Via ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

  **Re:** *Lloyd, et al. v. Argent Trust Company, et al.*
     **Case No. 1:22-cv-04129-DLC**

Dear Judge Cote:

  On behalf of Defendant Argent Trust Company ("Argent") and individually named Defendants Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson (together with Argent, "Defendants"), and pursuant to Your Honor's Individual Practices 1.A and 4.F, we write to request oral argument with respect to Defendants' Renewed Motion to Compel Individual Arbitration and Stay the Case or, in the Alternative, to Dismiss for Lack of Subject Matter Jurisdiction. Defendants estimate that oral argument will require half an hour for each side.

               Respectfully,

               */s/ Lars C. Golumbic*

               Lars C. Golumbic
               *Counsel for Defendants*

cc: Counsel of Record (via Electronic Case Filing)

Groom Law Group, Chartered  |  1701 Pennsylvania Ave., N.W.  |  Washington, D.C. 20006-5811  |  202-857-0620  |  Fax: 202-659-4503  |  www.groom.com