UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
JAMAAL LLOYD,                              :
                                           :
                          Plaintiff,       :        22cv4129 (DLC)
                -v-                        :
                                           :              ORDER
ARGENT TRUST CO., HERBERT WETANSON,        :
GREGOR WETANSON, STUART WETANSON,          :
                                           :
                          Defendants.      :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     On December 13, 2022, the defendants submitted a motion to

stay proceedings pending their interlocutory appeal of this

Court's Opinion of December 6 denying the defendants' motion to

compel arbitration.  Accordingly, it is hereby

     ORDERED that the plaintiff shall file any opposition to the

motion to dismiss by **January 6, 2023**.  The defendants' reply, if

any, shall be filed by **January 20, 2023**.  At the time brief is

filed, the filing party shall supply Chambers with two (2)

courtesy copies of its papers by mailing or delivering them to

the United States Courthouse, 500 Pearl Street, New York, New

York.


Dated:     New York, New York
           December 14, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge