```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :    22cv4129 (DLC)
JAMAAL LLOYD and ANASTASIA JENKINS,      :
                                         :        ORDER
                            Plaintiffs,  :
                                         :
               -v-                       :
                                         :
ARGENT TRUST CO., et al.,                :
                            Defendants.  :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

   Having received the defendants' letter of June 8, 2023, it is hereby

   ORDERED that a telephone conference is scheduled for **June 13, 2023 at 10:00 am**. The parties shall use the following dial-in credentials for the telephone conference:

> Dial-in:       888-363-4749
> Access Code:   4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 9, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge