```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv4129 (DLC)
JAMAAL LLOYD and ANASTASIA JENKINS,      :
                                         :         ORDER
                     Plaintiffs,         :
                                         :
          -v-                            :
                                         :
ARGENT TRUST CO., et al.,                :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the June 13 telephonic conference is rescheduled to **June 13 at 10:30 AM**. The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        888-363-4749
Access Code:    4324948
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 13, 2023

```
                              _____
                                    DENISE COTE
                              United States District Judge
```