```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv4129 (DLC)
JAMAAL LLOYD and ANASTASIA JENKINS,       :
                                          :         ORDER
                          Plaintiffs,     :
                                          :
              -v-                         :
                                          :
ARGENT TRUST CO., et al.,                 :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of December 6, 2022 denied the defendants' motion to compel arbitration. An Order of June 23, 2023 stayed this action in light of the defendants' interlocutory appeal of that denial. On January 3, 2025, the Second Circuit summarily affirmed the denial of the defendants' motion to compel arbitration. The mandate issued on January 24, 2025.

At the time this action was stayed, document discovery had nearly concluded. An Order of April 3, 2023 had set a deadline of June 9, 2023 for document discovery to be completed. In a telephone conference on June 13, the defendants were granted an extension to July 10 to complete their document productions. Accordingly, it is hereby

ORDERED that the stay of this action is lifted.

IT IS FURTHER ORDERED that the parties shall by February

18, 2025 confer and provide a proposed schedule to conclude fact discovery and conduct pretrial proceedings. A conference will be held on February 20, 2025 at 10:30 AM in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         January 28, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge