```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,     :    22cv4129 (DLC)
                                        :    24cv9809 (DLC)
                        Plaintiffs,     :
                                        :         ORDER
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
VINCENT M. MICONE III, Acting           :
Secretary, United States Department of  :
Labor,                                  :
                                        :
                        Plaintiff,      :
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendants' motion to consolidate actions of February 12, 2025, it is hereby

ORDERED that the parties in both actions, 22cv4129 and 24cv9809, shall attend a joint conference on February 20, 2025 at 10:30 AM in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.  The defendants' motion to consolidate will be addressed at that conference.

IT IS FURTHER ORDERED this joint conference replaces the two separate conferences that were previously scheduled to take place on February 20. Thus, the 10:30 AM conference that was previously scheduled to take place on February 20 in 22cv4129 now applies to both actions, and the 11:00 AM conference that was previously scheduled to take place on February 20 in 24cv9809 is adjourned.

Dated:  New York, New York
        February 13, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge