USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jamaal Lloyd and Anastasia Jenkins,<br><br>                        Plaintiffs,<br><br>-against-<br><br>Argent Trust Company et al.,<br><br>                        Defendants. | 1:22-cv-04129 (DLC) (SDA) |
| Vincent M. Micone III, Acting Secretary, United States Department of Labor<br><br>                        Plaintiff,<br><br>-against-<br><br>Argent Trust Company et al.,<br><br>                        Defendants. | 1:24-cv-09809 (DLC) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference in both actions is scheduled before Magistrate Judge Stewart Aaron on Tuesday, September 30, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

       The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note

that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, September 23, 2025).

**SO ORDERED.**

Dated:    New York, New York
         February 28, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2