```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,      :    22cv4129 (DLC)
                                        :    24cv9809 (DLC)
                        Plaintiffs,     :
                                        :        ORDER
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
LORI CHAVEZ-DEREMER, Secretary, United  :
States Department of Labor,             :
                                        :
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The parties in the Lloyd action (22cv4129) have raised discovery disputes in letters of April 4 and April 7, 2025. Accordingly, it is hereby

ORDERED that a telephone conference is scheduled for April 9, 2025 at 4:00 p.m. The government plaintiff in the related action, 24cv9809, shall also attend. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     1-855-244-8681
        Access Code:  2312 042 2648

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the parties in the <u>Lloyd</u> action shall confer in advance of the conference in order to narrow the scope of their dispute.

Dated:   New York, New York
         April 8, 2025

                                          DENISE COTE
                            United States District Judge