```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,     :    22cv4129 (DLC)
                                        :    24cv9809 (DLC)
                           Plaintiffs,  :
                                        :        ORDER
              -v-                       :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                           Defendants.  :
                                        :
----------------------------------------X
                                        :
VINCENT M. MICONE III, Acting           :
Secretary, United States Department of  :
Labor,                                  :
                                        :
                           Plaintiff,   :
                                        :
              -v-                       :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                           Defendants.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the letters of April 17, 2025, it is hereby

ORDERED that the parties in the Lloyd action (22cv4129) are directed to meet and confer and, if discovery disputes remain that require a conference, to submit letters no longer than two pages describing those disputes by April 23, 2025.

Dated:    New York, New York
          April 18, 2025

                                        _____
                                               DENISE COTE
                                        United States District Judge