```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,      :    22cv4129 (DLC)
                                        :    24cv9809 (DLC)
                        Plaintiffs,     :
                                        :        ORDER
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
VINCENT M. MICONE III, Acting           :
Secretary, United States Department of  :
Labor,                                  :
                                        :
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

  Having reviewed the letters of April 23, 2025, it is hereby

  ORDERED that the defendants shall respond to Interrogatories 18 and 20-22, Wetanson Interrogatory 25, and the Wetanson RFAs described in the plaintiffs' letter of April 23.

  IT IS FURTHER ORDERED that the plaintiffs' impending request for internal communications among MT&L employees during the years 2015 and 2016 is denied.

IT IS FURTHER ORDERED that the defendants' impending request for emails between Cohen Milstein Sellers & Toll PLLC and the Department of Labor is denied.

Dated:   New York, New York
         April 25, 2025

                              _____
                              DENISE COTE
                              United States District Judge