```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,      :     22cv4129 (DLC)
                                        :     24cv9809 (DLC)
                        Plaintiffs,     :
                                        :         ORDER
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
LORI CHAVEZ-DEREMER, Secretary, United  :
States Department of Labor,             :
                                        :
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At a conference of February 20, 2025, the Department of Labor indicated that it needed no major supplementation of documents produced by the defendants. On March 7, it served 81 requests for production of documents. In letters of May 2 and May 5, the Department of Labor and the defendants dispute the extent to which the defendants are required to search for the documents requested on March 7 even though the documents may already have been produced during the investigation that preceded this litigation or in the related action, 22cv4129.

Case 1:22-cv-04129-DLC   Document 130   Filed 05/19/25   Page 2 of 2

The Department of Labor appears principally concerned with unfair surprise in the event the defendants rely at trial on a document not previously produced.  Accordingly, it is hereby

ORDERED that the defendants shall be precluded from offering into evidence or relying upon any document responsive to the March 7 requests which is not currently in the possession of the Department of Labor unless the Court finds that the failure to timely produce the document was substantially justified or harmless.

Dated:     New York, New York
           May 19, 2025

_____
DENISE COTE
United States District Judge