**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jamaal Lloyd and Anastasia Jenkins, individually and on behalf of all others similarly situated, and on behalf of the W BBQ Holdings, Inc. Employee Stock Ownership Plan,<br><br>            Plaintiffs,<br><br>     v.<br><br>Argent Trust Company, Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson,<br><br>            Defendants. | Case No. 1:22-cv-04129-DLC |

## NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, at such date and time as the Court may designate, the undersigned counsel for Plaintiffs Jamaal Lloyd and Anastasia Jenkins, individually and on behalf of all others similarly situated, and on behalf of the W BBQ Holdings, Inc. Employee Stock Ownership Plan ("Plaintiffs") shall respectfully move the Honorable Denise L. Cote, United States District Judge, presiding at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an Order pursuant to the Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4) permitting Plaintiffs to file the attached proposed Second Amended Complaint. Plaintiffs conferred with Defendants about whether they consent to this motion and on June 2, 2025, Defendants confirmed that they oppose this motion.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs rely upon the Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint and the pleadings in these matters.

Dated: June 2, 2025

Respectfully submitted,

/s/ *Michelle C. Yau*
Michelle C. Yau (*pro hac vice*)
Daniel R. Sutter (*pro hac vice*)
Ryan A. Wheeler (*pro hac vice*)
Caroline E. Bressman (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 800
Washington, DC 20005
Tel: (202) 408-4600 Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
rwheeler@cohenmilstein.com
cbressman@cohenmilstein.com

Michael Eisenkraft (ME-6974)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com

*Attorneys for Plaintiffs*