```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JAMAAL LLOYD and ANASTASIA JENKINS,    :    22cv4129 (DLC)
                                      :
                        Plaintiffs,   :    ORDER
                                      :
              -v-                     :
                                      :
ARGENT TRUST COMPANY et al.,          :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On June 2, 2025, the plaintiffs filed a motion requesting leave to amend the First Amended Complaint. The defendants oppose the motion. Accordingly, it is hereby

ORDERED that any opposition to the plaintiffs' June 2 motion is due June 13. Any reply is due June 20. At the time the reply is due, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 4, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge