UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jamaal Lloyd and Anastasia Jenkins, individually and on behalf of all others similarly situated, and on behalf of the W BBQ Holdings, Inc. Employee Stock Ownership Plan,<br><br>    Plaintiffs,<br><br>    v.<br><br>Argent Trust Company, Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson,<br><br>    Defendants. | Case No. 1:22-cv-04129-DLC |

*[Handwritten note from the judge:]* Granted. The parties shall identify any redactions they wish to be made to these documents when they are publicly filed by 6/6/25.

*/s/ Denise Cote*
6/4/25

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Section 8.B of the Court's Individual Practices, Plaintiffs respectfully move this Court for an order granting leave to file the following materials under seal in connection with their Motion for Leave to File a Second Amended Complaint:

1. An unredacted Memorandum of Law in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint, which references materials designated as "Confidential" by Defendants;[1]

2. Unredacted versions of Exhibits 1 and 2 to the Motion, which are the clean and redlined copies of the proposed Second Amended Complaint, which references materials designated as "Confidential" by Defendants.

3. The following exhibits to the Declaration of Ryan Wheeler that contain materials

---

[1] Plaintiffs intend to publicly file a redacted version of the Memorandum that omits references to material designated as "Confidential" by Defendants.

designated as "Confidential" by Defendants under the Protective Order in this action (ECF 108): Exhibits 6-9.

In accordance with Your Honor's Individual Practice Rules, the exhibits proposed to be filed under seal, as well as a highlighted copy of the Memorandum of Law and Second Amended Complaint are being filed under seal contemporaneously to this letter motion.

WHEREFORE, subject to Defendants making the necessary showing required by the Protective Order, Plaintiffs respectfully request that this Court enter an order allowing them to file the aforementioned materials under seal in connection with their Motion for Leave to File a Second Amended Complaint.

Dated: June 2, 2025

Respectfully submitted,

/s/ *Michelle C. Yau*

Michelle C. Yau (*pro hac vice*)
Daniel R. Sutter (*pro hac vice*)
Ryan A. Wheeler (*pro hac vice*)
Caroline E. Bressman (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 800
Washington, DC 20005
Tel: (202) 408-4600 Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
rwheeler@cohenmilstein.com
cbressman@cohenmilstein.com

Michael Eisenkraft (ME-6974)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com