UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jamaal Lloyd and Anastasia Jenkins, individually and on behalf of all others similarly situated, and on behalf of the W BBQ Holdings, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Argent Trust Company, Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-04129-DLC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*[Handwritten note: The parties shall follow ECF procedures and this Court's Practices for sealing and redaction requests. A letter supporting such requests should be filed by 6/26/25. /s/ Denise Cote 6/24/25]*

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Section 8.B of the Court's Individual Practices, Plaintiffs respectfully move this Court for an order granting leave to file the following materials under seal in connection with their Reply in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint:

1. The following exhibits to the Declaration of Michelle C. Yau that contain materials designated as "Confidential" by Defendants under the Protective Order in this action (ECF 108): Exhibits 1-5.

In accordance with Your Honor's Individual Practice Rules, the exhibits proposed to be filed under seal are being filed under seal contemporaneously to this letter motion.

WHEREFORE, subject to Defendants making the necessary showing required by the Protective Order, Plaintiffs respectfully request that this Court enter an order allowing them to file the aforementioned materials under seal in connection with their Reply in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint.

Dated: June 20, 2025

          Respectfully submitted,

          /s/ *Michelle C. Yau*
          Michelle C. Yau (*pro hac vice*)
          Daniel R. Sutter (*pro hac vice*)
          Ryan A. Wheeler (*pro hac vice*)
          Caroline E. Bressman (*pro hac vice*)
          Cohen Milstein Sellers & Toll PLLC
          1100 New York Ave. NW
          Suite 800
          Washington, DC 20005
          Tel: (202) 408-4600 Fax: (202) 408-4699
          myau@cohenmilstein.com
          dsutter@cohenmilstein.com
          rwheeler@cohenmilstein.com
          cbressman@cohenmilstein.com

          Michael Eisenkraft (ME-6974)
          Cohen Milstein Sellers & Toll PLLC
          88 Pine Street
          14th Floor
          New York, New York 10005
          Tel: (212) 838-7797
          Fax: (212) 838-7745
          meisenkraft@cohenmilstein.com