```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,      :     22cv4129 (DLC)
                                        :
                      Plaintiffs,        :        ORDER
                                        :
            -v-                          :
                                        :
ARGENT TRUST COMPANY et al.,             :
                                        :
                      Defendants.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In a letter of July 25, 2025, the defendants explained their reasons for requesting redactions to or sealing of documents filed in connection with the plaintiffs' July 18 motion for class certification. The parties are advised that non-public financial information, particularly information regarding an individual's finances, may be redacted, as can any of the categories of information identified in the SDNY ECF Rules and Instructions as presumptively subject to redaction.

In the context of this case, other examples of information that may be sealed or redacted include calculations of the ESOP's working capital, financial models and projections, and discussions of valuation methods used by Stout to the extent that they are trade secrets. Information regarding Argent's experience and finances may also be redacted, as may the retainer between Stout and Argent.

The defendants have not shown, however, that information regarding "the corporate structure and process" of the Wetanson Restaurant Group or the ESOP should be redacted. This includes consents regarding the ESOP Investment Committee.

Applying these principles to the plaintiffs' memorandum of July 18, it appears that only the number appearing in footnote 19 at page 7 is properly redacted. That figure represents the projected sales in 2016 from new locations. It is also clear that many of the exhibits that the plaintiffs filed on July 18 should be unsealed. Accordingly, it is hereby

ORDERED that the parties shall consult and follow these guidelines to propose greatly narrowed sealing or redactions as to the plaintiffs' July 18 memorandum and associated exhibits.

Dated:   New York, New York
         July 29, 2025

_____
DENISE COTE
United States District Judge