```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,      :   22cv4129 (DLC)
                                        :
                          Plaintiffs,   :        ORDER
                                        :
              -v-                       :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                          Defendants.   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of July 29, 2025 instructed the parties to consult and propose greatly narrowed redactions to and sealing of papers filed in connection with the plaintiffs' July 18 motion for class certification. It is hereby

ORDERED that the parties shall submit that proposal by August 20, 2025.

Dated:   New York, New York
         August 15, 2025

                              _____
                                     DENISE COTE
                              United States District Judge