```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,      :    22cv4129 (DLC)
                                        :
                          Plaintiffs,    :    ORDER
                                        :
                -v-                     :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                          Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiffs filed two letter motions on August 21, 2025. One seeks to compel responses to a large number of requests for admission. The other seeks a 28-day extension of the August 29 deadline for fact discovery.

The defendants filed oppositions on August 27. On the same day, the Wetanson Defendants requested leave to redact the publicly-filed version of an exhibit containing their responses and objections to requests for admission. It is hereby

ORDERED that the plaintiffs' letter motions of August 21 are both denied.

IT IS FURTHER ORDERED that the Wetanson Defendants' sealing request of August 27 is granted.

Dated:   New York, New York
         August 28, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge