UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jamaal Lloyd and Anastasia Jenkins, individually and on behalf of all others similarly situated, and on behalf of the W BBQ Holdings, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Argent Trust Company, Herbert Wetanson, Gregor Wetanson, Stuart Wetanson, BBQ Trust and its trustees and beneficiaries, Gregor Wetanson 2015 Gift Trust and its trustees and beneficiaries,<br><br>Defendants. | Granted.<br>/s/ Denise Cote<br>9/10/25<br><br>Case No. 1:22-cv-04129-DLC |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Section 8.B of the Court's Individual Practices, Plaintiffs respectfully move this Court for an order granting leave to file the following exhibit (Exhibit E) to their Letter Motion requesting a conference regarding Defendants' responses to Plaintiffs' Request for Production ("RFP") 66 under seal with access limited to Selected Parties only:

1. Exhibit E submitted in support of the Letter Motion that was designated as "Confidential" by Defendants under the Protective Order in this action (ECF 108).

In accordance with Your Honor's Individual Practice Rules, the exhibit proposed to be filed under seal, is being filed under seal contemporaneously with this motion.

WHEREFORE, subject to Defendants making the necessary showing required by the Protective Order, Plaintiffs respectfully request that this Court enter an order allowing them to file the aforementioned material under seal in connection with their Letter Motion.

Dated: August 28, 2025

Respectfully submitted,

/s/ *Michelle C. Yau*
Michelle C. Yau (*pro hac vice*)
Daniel R. Sutter (*pro hac vice*)
Ryan A. Wheeler (*pro hac vice*)
Caroline E. Bressman (*pro hac vice*)
Elizabeth M. McDermott (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 800
Washington, DC 20005
Tel: (202) 408-4600 Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
rwheeler@cohenmilstein.com
cbressman@cohenmilstein.com
emcdermott@cohenmilstein.com

Michael Eisenkraft (ME-6974)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com