UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMAAL LLOYD and ANASTASIA JENKINS, individually and on behalf of all others similarly situated, and on behalf of the W BBQ Holdings, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT TRUST COMPANY, HERBERT WETANSON, GREGOR WETANSON, STUART WETANSON, BBQ TRUST and its trustees and beneficiaries, and GREGOR WETANSON 2015 GIFT TRUST and its trustees and beneficiaries,<br><br>Defendants. | Case No. 1:22-cv-04129-DLC |

## JOINT STIPULATION OF DISMISSAL WITH RESPECT TO BENEFICIARIES OF THE BBQ TRUST AND GREGOR WETANSON 2015 GIFT TRUST

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants Argent Trust Company, Herbert Wetanson, Gregor Wetanson, Stuart Wetanson, the BBQ Trust and its trustees, and the Gregor Wetanson 2015 Gift Trust and its trustees (the "Stipulating Defendants"), hereby stipulate to the dismissal without prejudice of the named beneficiaries of the BBQ Trust and the Gregor Wetanson 2015 Gift Trust.

**WHEREAS,** on May 23, 2022, Plaintiff Jamaal Lloyd filed suit against Argent Trust Company, Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson;

**WHEREAS,** on July 14, 2025, Plaintiffs Jamaal Lloyd and Anastasia Jenkins filed a Second Amended Complaint to include claims against "the Gregor Wetanson 2015 Gift Trust and its trustees and beneficiaries" and "the BBQ Trust and its trustees and beneficiaries";

**WHEREAS,** the Second Amended Complaint alleges that the Gregor Wetanson 2015 Gift Trust and the BBQ Trust (the "Trusts") hold proceeds of the ESOP Transaction;

**WHEREAS,** the Second Amended Complaint does not allege that any beneficiary of either of the Trusts holds proceeds of the ESOP Transaction in their individual capacity outside of the Trusts;

**WHEREAS,** the trustees of the Trusts have accepted service of the Second Amended Complaint and have expressed their intention to defend the Trust corpuses against Plaintiffs' claims;

**WHEREAS,** the trustees of the Gregor Wetanson 2015 Gift Trust agree that the beneficiaries' interests will be adequately represented by the trustees of the Gregor Wetanson 2015 Gift Trust. The trustees of the Gregor Wetanson 2015 Gift Trust further represent that there are no conflicts of interest between the trustees and beneficiaries of the Gregor Wetanson 2015 Gift Trust with respect to Plaintiffs' claims against the Trust property;

**WHEREAS,** the trustees of the BBQ Trust agree that the beneficiaries' interests will be adequately represented by the trustees of the BBQ Trust. The trustees of the BBQ Trust further represent that there are no conflicts of interest between the trustees and beneficiaries of the BBQ Trust with respect to Plaintiffs' claims against the Trust property; and

**WHEREAS,** Plaintiffs and the Stipulating Defendants agree that the Trust beneficiaries are, in these circumstances, not necessary parties to this litigation,

Plaintiffs and the Stipulating Defendants agree to dismiss without prejudice all named beneficiaries of the BBQ Trust and all named beneficiaries of the Gregor Wetanson 2015 Gift Trust.

So ordered.

*/s/ Denise Cote*
10/7/25

**IT IS SO STIPULATED.**

Dated: October 6, 2025

/s/ Lars C. Golumbic
Lars C. Golumbic, *pro hac vice*
Sarah M. Adams, *pro hac vice*
Mark C. Nielsen
Andrew D. Salek-Raham, *po hac vice*
Paul J. Rinefierd, *pro hac vice*
Theodore A. Van Beek, *pro hac vice*
Benjamin J. Koenigsfeld, *pro hac vice*
**Groom Law Group, Chartered**
1701 Pennsylvania Avenue, NW, Suite 1200
Washington, D.C. 20006
(T) 202-857-0620
(F) 202-659-4503
lgolumbic@groom.com
sadams@groom.com
mnielsen@groom.com
asalek-raham@groom.com
prinefierd@groom.com
tvanbeek@groom.com
bkoenigsfeld@groom.com

*Attorneys for Defendants Argent Trust Company, Herbert Wetanson, Gregor Wetanson, Stuart Wetanson, the BBQ Trust and its trustees, and the Gregor Wetanson 2015 Gift Trust and its trustees*

/s/ Caroline E. Bressman (w/ permission)
Michelle C. Yau, *pro hac vice*
Daniel R. Sutter, *pro hac vice*
Caroline Bressman, *pro hac vice*
Ryan A. Wheeler, *pro hac vice*
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW • Suite 800
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com
rwheeler@cohenmilstein.com

*Attorneys for Plaintiffs*

3