IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary, United States Department of Labor,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT TRUST COMPANY, et al.,<br><br>Defendants. | Case No. 1:24-cv-9809 (DLC) |
| JAMAAL LLOYD and ANASTASIA JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT TRUST COMPANY, et al.,<br><br>Defendants. | Case No. 1:22-cv-4129 (DLC) |

**ORDER STAYING EXPERT DISCOVERY**

The Court GRANTS the Motion of Plaintiff Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor and

IT IS THIS 28th of OCTOBER, 2025

**ORDERED** that the deadlines for the joint pretrial order and associated filings, currently scheduled for between December 5, 2025 and December 12, 2025 (Document No. 26, p. 3, ¶6), and the deadlines for Daubert motions and oppositions, currently scheduled for between December 5, 2025 and December 19, 2025 (Document No. 26, p. 3, ¶7), be stayed for a number of days equal to the length of the government shutdown.

So ordered.

/s/ Denise Cote
10/28/25