UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Jamaal Lloyd and Anastasia Jenkins,**<br><br>                              Plaintiffs,<br><br>     -against-<br><br>**Argent Trust Company et al.,**<br><br>                              Defendants. | **1:22-cv-04129 (DLC) (SDA)** |
| **Julie A. Su, Acting Secretary, United States Department of Labor**<br><br>                              Plaintiff,<br><br>     -against-<br><br>**Argent Trust Company et al.,**<br><br>                              Defendants. | **1:24-cv-09809 (DLC) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Court's November 17, 2025 Amended Order of Reference, the above-captioned actions have been referred to the undersigned for settlement. (Am. Referral Order, ECF No. 73.) It is hereby ORDERED that, no later than November 25, 2025, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a renewed settlement conference.

The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement

Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated:     New York, New York
           November 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge