UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAAL LLOYD and ANASTASIA JENKINS,      :        22cv4129 (DLC)
                                         :        24cv9809 (DLC)
                         Plaintiffs,     :
                                         :           ORDER
          -v-                            :
                                         :
ARGENT TRUST COMPANY et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
                                         :
LORI CHAVEZ-DEREMER, Secretary, United   :
States Department of Labor,              :
                                         :
                         Plaintiff,      :
                                         :
          -v-                            :
                                         :
ARGENT TRUST COMPANY et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     An Opinion of October 31, 2025 certified a class in Case

No. 22cv4129.  Pursuant to Orders of November 17 and 21, on

December 1 the plaintiffs in that action submitted a proposed

notice to the class pursuant to Rule 23(c)(2)(A), Fed. R. Civ.

P.  It is hereby

     ORDERED that the defendants shall by **December 15, 2025**

produce the following data to the plaintiffs for each eligible

class member: their first and last name, last known mailing

address, last known email address, number of vested shares in the ESOP, and an indication of each individual who is an excluded member of the class.

IT IS FURTHER ORDERED that a notice to the class, once it is approved, may be distributed via email.

IT IS FURTHER ORDERED that the proposed notice shall be further addressed at a telephone conference to be held on **December 5, 2025** at **2:30 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        1-855-244-8681
Access Code:    2312 042 2648
```

The parties shall use a landline if one is available.

Dated:    New York, New York
          December 1, 2025

                              _____
                              DENISE COTE
                              United States District Judge

2