```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAAL LLOYD and ANASTASIA JENKINS,      :        22cv4129 (DLC)
                                         :        24cv9809 (DLC)
                         Plaintiffs,     :
                                         :           ORDER
           -v-                           :
                                         :
ARGENT TRUST COMPANY et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
                                         :
LORI CHAVEZ-DEREMER, Secretary, United   :
States Department of Labor,              :
                                         :
                         Plaintiff,      :
                                         :
           -v-                           :
                                         :
ARGENT TRUST COMPANY et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 1, 2025, the plaintiffs in Case No. 22cv4129 submitted a proposed notice to the class pursuant to Rule 23(c)(2)(A), Fed. R. Civ. P.  That proposed notice was addressed at a telephone conference on December 5.  The plaintiffs submitted an amended proposed class notice on December 8.  It is hereby

ORDERED that the plaintiffs' amended proposed class notice of December 8 is approved.

IT IS FURTHER ORDERED that the plaintiffs shall distribute notice to the class by **January 5, 2026.**

Dated:    New York, New York
          December 8, 2025

                        _____
                                  DENISE COTE
                        United States District Judge