**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jamaal Lloyd and Anastasia Jenkins,<br><br>                        **Plaintiffs,**<br><br>        -against-<br><br>Argent Trust Company et al.,<br><br>                        **Defendants.** | **1:22-cv-04129 (DLC) (SDA)**<br><br><br>**ORDER SCHEDULING**<br>**SETTLEMENT SCHEDULING** |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, February 13, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams. The parties may make additional *ex parte* submissions to the Court no later than Friday, February 10, 2026.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference.

**SO ORDERED.**

Dated:        New York, New York
              February 3, 2026

_____
STEWART D. AARON
United States Magistrate Judge