# GROOM LAW GROUP

Hon. Denise Cote, U.S. District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

February 4, 2026

*The defendants' request to seal or redact are approved. The plaintiffs shall refile their submissions accordingly.*

**Re:**   *Lloyd, et al. v. Argent Trust Co., et al.,* No. 1:22-cv-04129-DLC (S.D.N.Y.)

*Denise Cote*
*2/4/26*

Dear Judge Cote:

Defendants write in response to Plaintiffs' Motions for Leave to File Under Seal (Dkts. 277, 279) related to Plaintiffs' redactions of their Pretrial Memorandum (Dkt. 283) and Proposed Findings of Facts and Conclusions of Law (Dkt. 284)—and to Plaintiffs' Letter Motion filed on February 2, 2026 regarding those redactions (Dkt. 306). Plaintiffs did not consult Defendants regarding their proposed redactions prior to filing Dkts. 277 and 279.

Still, Defendants have reviewed Plaintiffs' filings and pursuant to Section 8.B of the Court's Individual Practices, Argent Trust Company ("Argent"); Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson (together, "the Wetansons"); and the BBQ Trust and its trustees and the Gregor Wetanson 2015 Gift Trust and its trustees (together, "the Transferee Defendants") (all together, "Defendants"), submit the following response to Plaintiffs' Motions for Leave to File Under Seal (Dkts. 277, 279):

**Pretrial Memorandum (Dkt. 283).** Defendants request the Court maintain Plaintiffs' redactions to the final paragraph on page 9, which continues onto page 10. This paragraph contains non-public information related to Argent's pay structure. If made public, this information could impact Argent's business by harming its competitive advantage and negotiating power related to future engagements. Defendants also request the Court maintain Plaintiffs' redaction on page 46 as it covers personal and non-public financial information of Herbert Wetanson.

**Plaintiff's Proposed Findings of Fact and Conclusions of Law (Dkt. 284).** Defendants request the Court maintain Plaintiffs' redactions to paragraphs 48, 49, and 50 in Plaintiffs' Proposed Findings of Fact. These paragraphs contain non-public information related to Argent's pay structure. If made public, this information could impact Argent's business by harming its competitive advantage and negotiating power related to future engagements. Defendants also request the Court maintain Plaintiffs' redactions to the following as they cover personal and non-public financial information of the Wetanson Defendants:

a.  All redactions on page v;
b.  All redactions to the following paragraphs in Plaintiff's Proposed Findings of Fact: 255, 256, 257, 260 (and subparagraphs), 262, 263, 264, 265 (and subparagraphs), and 267 (and subparagraphs);
c.  All redactions to the following paragraphs in Plaintiffs' Proposed Conclusions of Law: 88, 119, 122, 122.b, 125, 130, 132 (and subparagraphs), and 133; and

d.  All redactions to the headers for Sections D and D.3 of Plaintiffs' Proposed Conclusions of Law.

As is evident from the above requests, Defendants do not seek to maintain broad redactions in Plaintiffs' trial-stage filings.  In light of the case's posture and the strong presumption of public access at trial, Defendants have limited their requests accordingly.  However, nothing herein waives or modifies any party's rights under the Protective Order with respect to the underlying documents or depositions—and the Confidentiality designations that Defendants and/or third-parties have made related to those documents or depositions.

Respectfully,

Lars C. Golumbic*
William J. Delany*
Sarah M. Adams*
Andrew Salek-Raham*
Mark C. Nielsen
Paul J. Rinefierd*
Benjamin J. Koenigsfeld*
Theodore A. Van Beek*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW, Suite 1200
Washington, D.C. 20006
(T) 202-857-0620
(F) 202-659-4503
lgolumbic@groom.com
wdelany@groom.com
sadams@groom.com
asalek-raham@groom.com
mnielsen@groom.com
prinefierd@groom.com
bkoenigsfeld@groom.com
tvanbeek@groom.com

*appearing pro hac vice

cc:    Counsel of Record (via Electronic Case Filing)

2