```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAAL LLOYD and ANASTASIA JENKINS,     :      22cv4129 (DLC)
                                        :
                         Plaintiffs,    :         ORDER
                                        :
            -v-                         :
                                        :
ARGENT TRUST COMPANY et al.,            :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of November 17, 2025 placed the above-captioned case on the March 16, 2026 trial-ready calendar. Accordingly, it is hereby

ORDERED that trial in the above-captioned case will proceed on **March 16, 2026** at **9:30 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **March 11** at **10:00 a.m.**

The Court's Individual Rules for Jury Selection in Civil Cases are enclosed. Please refer to the Court's Individual Rules and to the Order of February 20, 2025 for instructions

regarding the procedures that shall govern the conduct of the trial.

Dated:      New York, New York
            February 4, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge