# GROOM LAW GROUP

Hon. Denise Cote, U.S. District Judge                          February 6, 2026
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

>    **Re:**    *Lloyd, et al. v. Argent Trust Co., et al.*, No. 1:22-cv-04129-DLC
>            **(S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Section 8.B of the Court's Individual Practices, Defendants[1] submit this response to Plaintiffs' Motion for Leave to File Under Seal (Dkt. 301) related to Plaintiffs' redactions of their Response to Defendants' Trial Brief (Dkt. 300).

Defendants request the Court maintain all Plaintiffs' redactions to their Response to Defendants' Trial Brief. These redactions, which are located in the body of page 5 and in footnote 3, cover personal and non-public financial information of Herbert Wetanson.

*So ordered.*
*Denise Cote*
*2/6/26*

Respectfully,

Lars C. Golumbic*
William J. Delany*
Sarah M. Adams*
Andrew Salek-Raham*
Mark C. Nielsen
Paul J. Rinefierd*
Benjamin J. Koenigsfeld*
Theodore A. Van Beek*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW, Suite 1200
Washington, D.C. 20006
(T) 202-857-0620
(F) 202-659-4503
lgolumbic@groom.com
wdelany@groom.com
sadams@groom.com
asalek-raham@groom.com
mnielsen@groom.com
prinefierd@groom.com

---

[1] "Defendants" are Argent Trust Company ("Argent"); Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson (together, "the Wetansons"); and the BBQ Trust and its trustees and the Gregor Wetanson 2015 Gift Trust and its trustees (together, "the Transferee Defendants").

bkoenigsfeld@groom.com
tvanbeek@groom.com

*appearing pro hac vice*

cc:    Counsel of Record (via Electronic Case Filing)