UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAAL LLOYD and ANASTASIA JENKINS,      :        22cv4129 (DLC)
                                         :
                            Plaintiffs,  :           ORDER
              -v-                        :
                                         :
ARGENT TRUST COMPANY et al.,             :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     On February 19, 2026, the defendants filed motions to
dismiss for lack of jurisdiction and for leave to file a summary
judgment motion, as well as a request to adjourn trial or, in
the alternative, to expedite briefing on the motions.
Plaintiffs filed a letter in opposition to the defendants'
request for an adjournment on February 20.  It is hereby

     ORDERED that a telephone conference is scheduled for
**February 20, 2026 at 3:30 P.M.**  The parties shall use the
following dial-in credentials for the telephone conference:

          Dial-in:       1-855-244-8681
          Access Code:   2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          February 20, 2025

                              _____
                                       DENISE COTE
                              United States District Judge