UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAAL LLOYD and ANASTASIA JENKINS,      :      22cv4129 (DLC)
                                         :
                         Plaintiffs,     :          ORDER
            -v-                          :
                                         :
ARGENT TRUST COMPANY et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     On February 19, 2026, the defendants moved to dismiss for

lack of jurisdiction and for leave to file a summary judgment

motion.  They also requested a trial adjournment or, in the

alternative, expedited briefing.  Plaintiffs opposed the

defendants' request for an adjournment or expedited briefing on

February 20, after which a telephone conference with the parties

was held.  During the conference, the parties were informed that

the March 16 trial date is firm.  Accordingly, it is hereby

     ORDERED that any opposition to the defendants' February 19

motions is due **March 5, 2026**.  Any reply is due **March 9, 2026**.

At the time each brief is filed, the filing party shall supply

Chambers with two (2) courtesy copies by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New

York, New York.

Dated:     New York, New York
           February 20, 2026

_____
DENISE COTE
United States District Judge
