UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAAL LLOYD and ANASTASIA JENKINS,      :        22cv4129 (DLC)
                                         :
                          Plaintiffs,    :        ORDER
               -v-                       :
                                         :
ARGENT TRUST COMPANY et al.,             :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

The defendants have sought, pursuant to Rule 36(b), permission to amend their admissions of April 7, 2025 that defendant Stuart Wetanson and Joseph Shpigel were directors of W BBQ Holdings, Inc. immediately preceding and through the completion of the ESOP Transaction that is at the heart of this litigation. This application is denied.

An admission made pursuant to Rule 36 is "conclusively established unless the court, on motion, permits the admission to be withdrawn or amended." Fed. R. Civ. P. 36(b). The defendants did not seek permission from the Court to amend the admissions until that request was made in their February 23, 2026 letter. Fact discovery closed in this litigation on August 29, 2025. The parties' pretrial order materials were filed on January 23, 2026. Trial is scheduled to begin on March 16.

Applying the standard set forth in River Light V, L.P. v. Lin & J Int'l, Inc., 299 F.R.D. 61 (S.D.N.Y. 2014), granting the defendants' application would create special difficulties for and unfairly prejudice the plaintiffs.  The plaintiffs have relied, as they were entitled to do, on the April 7 admissions. It is simply too late to reopen discovery.  Moreover, as the plaintiffs point out, there is contemporaneous record evidence that confirms the accuracy of the admissions.  Finally, the defendants have not offered any excuse for waiting until the eve of trial to make this application to the Court.

Dated:  New York, New York
        February 26, 2026

_____
DENISE COTE
United States District Judge

2