## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jamaal Lloyd and Anastasia Jenkins, on behalf of all others similarly situated, and on behalf of the W BBQ Holdings, Inc. Employee Stock Ownership Plan, <br><br> Plaintiffs, <br><br> v. <br><br> Argent Trust Company, Herbert Wetanson, Gregor Wetanson, Stuart Wetanson, BBQ Trust and its trustees and beneficiaries, Gregor Wetanson 2015 Gift Trust and its trustees and beneficiaries, <br><br> Defendants. | Case No.: 1:22-CV-04129-DLC <br><br> *Denied.* <br> *Denise Cote* <br> *4/28/26* |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Section 8.B of the Court's Individual Practices, Plaintiffs respectfully move this Court for an order granting leave to file the Declaration of Daniel Van Vleet under seal in connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Mr. Van Vleet's Declaration references materials designated "Confidential" by Defendants.

In accordance with Your Honor's Individual Practice Rules, Mr. Van Vleet's Declaration is being preliminarily filed under seal contemporaneously with this motion.

WHEREFORE, subject to Defendants making the necessary showing required by the Protective Order ¶ 9.3 and applicable law, Plaintiffs respectfully request that this Court enter an order allowing them to file the aforementioned Declaration under seal.

Dated: April 17, 2026                              Respectfully submitted,

                                                   /s/ *Michelle C. Yau*
                                                   Michelle C. Yau (admitted *Pro Hac Vice*)

- 1 -