UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
JAMAAL LLOYD and ANASTASIA JENKINS,        :        22cv4129 (DLC)
                                           :
                           Plaintiffs,     :            ORDER
              -v-                          :
                                           :
ARGENT TRUST COMPANY et al.,               :
                                           :
                           Defendants.     :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On April 17, 2026, plaintiffs filed an unopposed motion for

preliminary approval of the Class Action Settlement Agreement

and the proposed notice to class members.  It is hereby

ORDERED that a telephone conference will take place on

**April 29, 2026 at 2:30 P.M.** to discuss the proposed notice.  The

parties shall use the following dial-in credentials for the

telephone conference:

        Dial-in:       1-855-244-8681
        Access Code:   2312 042 2648

The parties shall use a landline if one is available.


Dated:    New York, New York
          April 28, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge