UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
JAMAAL LLOYD and ANASTASIA JENKINS,    :     22cv4129 (DLC)
                                       :     24cv9809 (DLC)
                     Plaintiffs,       :
                                       :        ORDER
          -v-                          :
                                       :
ARGENT TRUST COMPANY et al.,           :
                                       :
                     Defendants.       :
                                       :
-------------------------------------- X
                                       :
LORI CHAVEZ-DEREMER, Secretary, United :
States Department of Labor,            :
                                       :
                     Plaintiff,        :
                                       :
          -v-                          :
                                       :
ARGENT TRUST COMPANY et al.,           :
                                       :
                     Defendants.       :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

     The above-captioned actions arise from the same July 29,
2016 transaction, in which an Employee Stock Ownership Plan
("ESOP") purchased 100% of the voting common stock of W BBQ
Holdings, Inc. ("W BBQ"), the holding company of the Dallas BBQ
restaurant chain.  Former W BBQ employees commenced the first
action, No. 22-cv-4129 ("Lloyd Action") on May 20, 2022, on
behalf of themselves and others similarly situated, alleging
that the ESOP fiduciaries caused the Plan to overpay for the

company's stock in violation of ERISA.  The class was certified under Rule 23(b)(1)(B), Fed. R. Civ. P., on October 31, 2025. Lloyd v. Argent Tr. Co., No. 22-cv-4129, 2025 WL 3041911 (S.D.N.Y. Oct. 31, 2025).

On December 19, 2024, the Department of Labor ("DOL") filed a related action, No. 24-cv-9809 ("DOL Action"), also seeking restitution for the ESOP participants.  Although not consolidated, the two actions proceeded on parallel tracks.

On January 29, 2026, defendants and DOL settled the DOL Action, and final judgment was entered in that action on February 17, 2026 ("DOL Judgment").  The DOL Judgment requires defendants, among other things, to contribute $1 million to the ESOP over 18 months, allocated only to the ESOP participants who worked 1,000 hours and were actively employed at the year-end 2026 or 2027.

On April 8, 2026, with the assistance of Magistrate Judge Stewart Aaron, the parties in the Lloyd Action entered into a Class Action Settlement Agreement, the approval of which is pending before this Court.  The Settlement Agreement includes a Plan of Allocation ("POA") that distributes the Net Settlement Fund pro rata based on each class member's share of vested W BBQ stock.  Most relevant here, the POA includes an offset mechanism for amounts received under the DOL Judgment in 2026, because

that judgment benefits only a subset of class members. Plaintiffs in the Lloyd Action estimate that, without this adjustment, separated employees, who represent 85% of the class, would receive nothing from the DOL cash payment.

Defendants initially objected to the offset.  After receiving letter briefing on the issue, Magistrate Judge Aaron selected plaintiffs' POA but advised that, because certain beneficiaries of the DOL Judgment will be adversely affected by the POA, this Court may wish to solicit DOL's views.  On April 20, defendants advised the Court that they no longer oppose the POA.  Accordingly, it is hereby

ORDERED that, if DOL wishes to express its views on the POA and its impact on certain beneficiaries of the DOL Judgment, it shall do so by **May 28, 2026.**

Dated:    New York, New York
          April 29, 2026

                                    _____
                                          DENISE COTE
                                    United States District Judge